# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DAYLEON COBBS,** | : |
| Plaintiff, | : Case No. 2:21-cv-05075 |
| v. | : Chief Judge Algenon L. Marbley |
| **IAMAR, LLC,** *et al.*, | : Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | : |

## ORDER

This matter is before the Court on the Magistrate Judge's January 5, 2023, Report and Recommendation (ECF No. 25), recommending that the Court dismiss Plaintiff's claims with prejudice for failure to prosecute. Plaintiff has failed to appear at the December 15, 2022, Telephonic Status Conference or respond to the Court's Show Cause Order. The Magistrate Judge noted that Plaintiff has been expressly cautioned that his failures to comply with the Court's Orders may result in dismissal for failure to prosecute. (*Id.* at 3).

This Court has reviewed the Report and Recommendation. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 25) as this Court's findings of facts and law. Plaintiff's claims are **DISMISSED WITH PREJUDICE** for failure to prosecute under Rule 41.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: January 23, 2023**

1